PD-1069-15

In The Court

of

Criminal Appeals of Texas

No. WR-83.525-01

Ex Parte Joey Balero. Applicant

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

From The 364Th District Court

of

Lubbock County, Texas

Trial Cause No. 2011-431,252-A

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

Motion, Request For Extention of Time

To the Honorable Judge of said court;

Comes Now, Joey Balero T.D.C.J.-C.I.D 1848915 (Applicant) and Files this His motion Request For Extention of time, Applicant will show as follow in support for support,

## I

In an opinion issued by the Court of Criminal Appeals of Texas (C.C.A.) Delivered on July 29, 2015. The C.C.A. granted relief. Allowing Applicant to file an out-of-time Appeal - Petition for Discretionary Review.

page one

This Honorable Court ordered "Applicant shall file his pdr with this Court within 30 days of the date on which this courtes mandate issues. Therefore, Applicant directs the courts attention to :

1.)- The envelope is post-marked (dated) Aug. 3-2015. 2). Applicant is a pro-se, indigent inmate, without the median of exchange to hire counsel and must seek assistance from other inmates, 3)- Applicant had to place a request to meet with an inmate for assistance and it was not until Aug. 5-2015 that He was able to recieve any Kind of assistance.

## Prayer

Applicant prays this Honorable Court grant Him a 30 day extension of time to perfect His Petition For Discretionary Review.

Respectfully

_____ 08-14-15

Joey Baleno # 1848915

pro-se : Applicant